# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### Charlotte Division

| | | |
|---|---|---|
| CARMEL COUNTRY CLUB, INC. | ) | |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| vs. | ) | |
| | ) | Case No. 3:05-cv-276 |
| ANNA EDWARD SHEPARD, MARY ELLEN EDWARDS, JAMES HAMPTON EDWARDS, JR., THAD ALLEN EDWARDS, AND NICKLAUS RENE TRUCKENBRODT, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| And | ) | |
| | ) | |
| NICKLAUS TRUCKENBRODT, | ) | |
| | ) | |
| Third Party Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| BB&T CORPORATION, | ) | |
| | ) | |
| Third Party Defendant. | ) | |

**THIS MATTER** is before the Court on its own motion for purposes of recusal in the above-captioned case and reassignment to another judge of this district.

**IT IS THEREFORE ORDERED** that the Clerk of Court reassign this matter to the Honorable Robert Conrad Jr.

**Signed: September 6, 2005**

Graham C. Mullen
Chief United States District Judge