IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CV276-MU

| | |
|---|---|
| CARMEL COUNTRY CLUB, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ANNA EDWARDS SHEPARD, MARY ) <br> ELLEN EDWARDS, JAMES HAMPTON ) <br> EDWARDS, JR., THAD ALLEN ) <br> EDWARDS and NICKLAUS RENE ) <br> TRUCKENBRODT, ) <br> ) <br> Defendants. ) <br> ) <br> ) <br> NICKLAUS RENE TRUCKENBRODT, ) <br> ) <br> Third-party Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> BB&T CORPORATION, ) <br> ) <br> Third-party Defendant. ) <br> ) | **ENTRY OF DEFAULT** |

THIS CAUSE COMING ON TO BE HEARD and being heard before the undersigned Judge Presiding, upon request of the Plaintiff for Entry of Default and;

IT APPEARING TO THE COURT that Defendants Anna Edwards Shepard, Mary Ellen Edwards, James Hampton Edwards, Jr., and Thad Allen Edwards waived service of process in this action; all were due to file answer on or before August 19, 2005; and all are in default for failure to plead or otherwise to defend as required by law;

NOW, THEREFORE, default is hereby entered as against said Defendants.

This the 9th day of Sept., 2005.

_Carl Horn, III_
Carl Horn III, Judge Presiding